AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00180 |
| --- | --- |
| v. | ) Assigned to: Judge Faruqui, Zia M |
| Jerod Wade Hughes | ) Assign Date: 1/28/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jerod Wade Hughes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. § 231(a)(3) - Obstruct/Impede/Interfere with Law Enforcement during a Civil Disorder
18 U.S.C. § 1752(a)(1) - Knowingly Enter or Remain in Restricted Building Without Authorization;
18 U.S.C. § 1752(a)(2) - Knowingly Disrupt Government Business or Official Function;
40 U.S.C. § 5104(e)(2)(A) - Enter or Remain in Capitol Building Without Authorization;
40 U.S.C. § 5104(e)(2)(C) - Enter Capitol Building with the Intent to Disrupt Official Business;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in a Capitol Building;
18 U.S.C. § 1361 - Destruction of Property;
18 U.S.C. § 2 - Aiding and Abetting

Date:   01/28/2021

2021.01.28 17:07:16 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/29/21, and the person was arrested on *(date)* 2/1/21
at *(city and state)* GREAT FALLS, MT.

Date:   2/1/21

*Arresting officer's signature*

GUNTHER SHIM   DEPUTY US MARSHAL
*Printed name and title*